JEFFREY K. GARFINKLE (SBN:  153496)
BUCHALTER NEMER
  A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email:  jgarfinkle@buchalter.com

Counsel for McKesson Corporation

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CURA PHARMACEUTICAL COMPANY, INC., | ) | Case No. 10-17888-MBK |
| | ) | |
| Debtor. | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |

TO:    THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES

BANKRUPTCY JUDGE, THE ABOVE-CAPTIONED DEBTOR, THE OFFICE OF THE

UNITED STATES TRUSTEE, ALL SECURED AND UNSECURED CREDITORS AND THEIR

COUNSEL OF RECORD:

McKesson Corporation ("McKesson") requests that all parties in interest and all counsel of

record provide the following person with copies of all notices, pleadings, and other filings in the

above-captioned case.  All counsel of record are requested to direct all written or telephonic

correspondence as follows:

Jeffrey K. Garfinkle, Esq.
Buchalter Nemer, PC
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612
jgarfinkle@buchalter.com
Telephone:  (949) 760-1121
Facsimile:  (949) 780-0182

BN 5824396v1

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

McKesson additionally requests that the Debtor, the Clerk of the Court and any court-approved noticing agent place the undersigned counsel on any mailing matrix to be prepared or existing in the above-captioned cases.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of McKesson to its:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which McKesson is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED:  April 7, 2010                                    BUCHALTER NEMER
                                                         A Professional Corporation


                                                         By:  /s/    *Jeffrey K. Garfinkle*
                                                         Jeffrey K. Garfinkle, Esq.
                                                         Attorneys for McKesson Corporation


CERTIFICATION OF FILING AND SERVICE

I hereby certify that the original of the foregoing Notice of Appearance has been filed with the Clerk of the U.S. Bankruptcy Court for the District of New Jersey, and a copy of same has been served on the Debtor's attorney, Timothy P. Neumann, Esq. and upon the Trustee, Karen E. Bezner.

Dated:  April 7, 2010

                                                         By:  /s/    *Jeffrey K. Garfinkle*
                                                               Jeffrey K. Garfinkle, Esq.