Bruce Buechler, Esq. (BB 0324)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Counsel to Wockhardt USA LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 7 |
| Cura Pharmaceutical Company, Inc., | Case No.: 10-17888 (MBK) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002(G) AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 (g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears for and on behalf of Wockhardt USA LLC in the above-referenced bankruptcy proceeding.

**NOTICE IS FURTHER GIVEN** that Lowenstein Sandler PC requests that all notices given or required to be given in this above-captioned chapter 7 case including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to creditors and equity security holders who file with the Court and request that all notices be mailed to them, be given to and served upon the following:

**LOWENSTEIN SANDLER PC**

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973)597-2500
Fax: (973)597-2400

Attn: Bruce Buechler, Esq.
E-mail: bbuechler@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the trustee appointed or the property of such Debtor or Debtor's estate.

Dated: April 14, 2010

                                                    **LOWENSTEIN SANDLER PC**

                                                    By: /s/ Bruce Buechler
                                                        Bruce Buechler, Esq. (BB 0324)
                                                        65 Livingston Avenue
                                                        Roseland, New Jersey 07068
                                                        Tel: (973)597-2500
                                                        Fax: (973)597-2400

                                                        Counsel to Wockhardt USA LLC

.