# **EXHIBIT B**

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : DISTRICT OF NEW JERSEY |
| CURA PHARMACEUTICAL COMPANY, | : |
| INC. | : Chapter 7 |
| | : |
| Debtor. | : Case No. 10-17888-MBK |
| | : |
| | : |

### ORDER GRANTING PORTER CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter came before this Court on *Porter Capital Corporation's Motion for Relief From the Automatic Stay* (the "Stay Relief Motion"). The Court having jurisdiction to consider the Stay Relief Motion and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; due and sufficient notice of the Stay Relief Motion; the Court having reviewed the Stay Relief Motion and having determined that the resolution of the Stay Relief Motion is in the best interests of all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Stay Relief Motion is **GRANTED**.

2. The automatic stay is terminated for cause to allow Porter Capital Corporation to enforce its security interest in all of Cura Pharmaceutical Company, Inc.'s (the "Debtor") personal property except for its cash on hand.

3. The relief granted herein is effective immediately and the 14 day stay of effectiveness under Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated this the _____ day of _____, 2010.

1821221 v1

_____
United States Bankruptcy Judge