U. S. Department of Justice

Office of the United States Trustee

District of New Jersey

One Newark Center
Suite 2100
Newark, New Jersey 07102

Telephone : (973) 645-3014
Fax: (973) 645-5993

NOTICE TO THE UNITED STATES TRUSTEE OF CHANGE OF NO ASSET CHAPTER 7
CASE TO ASSET CHAPTER 7 CASE

The following no asset Chapter 7 case should be designated as an asset Chapter 7 case:

NAME OF CASE: CURA PHARMACEUTICAL COMPANY, INC
CASE NO.: 10-17888/MBK
AMOUNT OF FUNDS
ON HAND: $451.02

IF THERE ARE NO FUNDS ON HAND BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATED VALUE OF THE ASSETS:

ACTUAL VALUE: $unknown
ESTIMATED VALUE: $unknown
OTHER INFORMATION RELATING TO STATUS OF CASE:


TRUSTEE: /s/ Karen E. Bezner, Trustee
DATE: May 3, 2010