**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 10–17888–MBK | **DATE FILED::** 3/18/10 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Cura Pharmaceutical Company, Inc<br><br>22–3822689 | ADDRESS OF DEBTOR(S):<br><br>542 Industrial Way West<br>Eatontown,, NJ 07724 |
| DEBTOR'S ATTORNEY:<br>Timothy P. Neumann<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br><br>(732) 223–8484 | TRUSTEE:<br>Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076<br>(908) 322–8484 |

    It appeared from the schedules when this case was instituted that there were no assets from which dividends could be paid to creditors and notice of initial meeting of creditors so indicated.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/2/10

Goverment Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim, either in person or by mail, is the office of the Clerk of the Bankruptcy Court. Please use the proof of claim form provided on the back of this notice. If you were not provided one, forms are available in the Clerk's Office of any Bankruptcy Court.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 4, 2010                    FOR THE COURT

                                               James J. Waldron, Clerk

FORM NOA Rev. 2/96

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT District of New Jersey | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor: Cura Pharmaceutical Company, Inc | Case Number: 10-17888 | Mail Claim To:<br><br>Clerk, U.S. Bankruptcy Court<br>U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ  08608 |
|---|---|---|
| NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.* | | |

Name of Creditor (the person or other entity to whom the debtor owes money or property):

| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:**    $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.<br><br>**2. Basis for Claim:** _____<br>    (See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>        (See instruction #3a on reverse side.)<br><br>**4. Secured Claim** (See instruction #4 on reverse side.)<br>    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>    **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>    **Describe:**<br>    **Value of Property: $_____  Annual Interest Rate____%**<br><br>    **Amount of arrearage and other charges as of time case filed included in secured claim,**<br>    **if any: $_____  Basis for perfection:** _____<br><br>    **Amount of Secured Claim: $_____  Amount Unsecured: $_____** | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).<br><br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
|---|---|
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0312-3              User: yhall                  Page 1 of 3                   Date Rcvd: May 04, 2010
Case: 10-17888                    Form ID: noa                 Total Noticed: 114

The following entities were noticed by first class mail on May 06, 2010.
db          +Cura Pharmaceutical Company, Inc,   542 Industrial Way West,   Eatontown,, NJ 07724-4234
aty         +Ronald Horowitz,   Tindall Professional Plaza,   14 Tindall Road,   Middletown, NJ 07748-2722
smg          U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +Honda Lease Trust,   c&#092;o Deily, Mooney & Glastetter, LLP,   8 Thurlow Terrace,
              Albany, NY 12203-1006
intp        +Porter Capital,   c/o Burr & Forman LLP,   420 North 20th Street,   Suite 3400,
              Birmingham, AL 35203-5210
510577158   +542 Industrial Way West LLC,   526 Industrial Way West,   Eatontown, NJ 07724-2212
510577159   +A Plus Paper & Kg LLC,   P O Box 607,   Eatontown, NJ 07724-0607
510577170   +ASD,   3101 Gaylord Parkway,   Frisco, TX 75034-8655
510577160    Account Receivable Technolog,   1 Woodbridge Ctr Ste 410,   Woodbridge, NJ 07095-1151
510577162    Advanza Systems,   Advanza Systems,   Manasquan, NJ 08736
510577163    Alastair Young,   1806 Tonimbuk Road,   Tonimbuk,   Victoria 3815 Australia,
510577166   +AmeriNet,   2060 Craigshire Road,   Saint Louis, MO 63146-4010
510577164   +American Antibiotic,   6950 Bryan Dairy Rad,   Largo, FL 33777-1608
510577167   +Amos Weinberg,   49 Somerset Drive South,   Great Neck, NY 11020-1821
510577168    Argents,   19 Shelter Cove Ln Ste 206,   Hilton Head Island, SC 29928-2507
510577169   +Arizon State Board Of Pharmacy,   1700 West Washington St,   Ste 250,   Phoenix, AZ 85007-4671
510577171   +Avaya,   P O Box 550599,   Jacksonville, FL 32255-0599
510577172    Avaya Financial Servcies,   PO Box 93000,   Chicago, IL 60673-0001
510577173    Basiq Corporation,   953 Sedgewick Ct,   Westfield, NJ 07090-3751
510577174   +BioEnsemble Ltd,   70 Lawrence Avenue,   Highland Park, NJ 08904-1834
510577175   +Boro Of Eatontown,   47 Broad St,   Eatontown, NJ 07724-1571
510577176   +Broadway Networks,   PO Box 9242,   Uniondale, NY 11555-9242
510577177    Cannon Financial Services,   158 Gaither Dr Ste 200,   Mount Laurel, NJ 08054-1716
510577178    Canon Financial Services,   14904 Collections Center Drive,   Chicago, IL 60601
510577179   +Cavalier International Freight,   11 Allen St,   Toms River, NJ 08753-7682
510577180   +Cchristian Sautter PA,   2850 North Andrews Avenue,   Fort Lauderdale, FL 33311-2514
510577181    Coface Collections NA,   PO Box 8510,   Metairie, LA 70011-8510
510577182   +DCH Honda Of Temecula,   26755 Ynez Road,   Temecula, CA 92591-4693
510577183    DDN Pharmaceutical Logistics,   DDN/Oberfei,   Chicago, IL 60601
510577184    Fabio Lanzieri,   7 Riverside Ln,   Holmdel, NJ 07733-2084
510577185    Fabio Lanzieri,   7 Riverside Lane,   Matawan, NJ 07747
510577186    FedEx,   P O Box 37461,   Pittsburgh, PA 15202
510614648   +FedEx Customer Information Services,   Attn: Revenue Recovery/Bankruptcy,   3965 Airways Blvd.,,
              Module G, 3rd Floor,   Memphis, TN 38116-5017
510577187    Fedex Freight,   4103 Collection Center Dr,   Chicago, IL 60601
510577188   +Fedex Nation LTL,   P O Box 95001,   Lakeland, FL 33804-5001
510577189   +Feinstein & Malloy LLC,   70 S Orange Ave Ste 115,   Livingston, NJ 07039-4903
510577190    Florida Infusion/National Drug,   1053 Progress Ct,   Palm Harbor, FL 34683-1448
510577191    Fraser Milner Casgrain LLP,   1 Place Ville Marie,   Montreal, QC
510577193    G C Handord Mfd Co,   PO Box 1017,   Syracuse, NY 13203
510577194    GB Collects,   145 Bradford Dr,   West Berlin, NJ 08091-9269
510577196    GMG Transportation Corp,   20 Brandywine Dr,   Deer Park, NY 11729-5720
510653367   +GMG Transportation Corp,   Att: Ronald Horowitz,   14 Tindall Rd,   Middletown, NJ 07748-2722
510577195    Gemini Traffic Sales Inc,   36954 Treasury Cener,   Chicago, IL 60601
510577201   +HG Clark Air Conditioning Corp,   15 N Wood Ave,   Linden, NJ 07036-7221
510577202    HIMKA Farmeceutica,   Estrada Do Rio Da Mo,   No 8, 8A E8B,   Terrugem Portugal, Lda,
510577197   +Health Care Purchasing Agency,   4000 W Metropolitan Dr,   Orange, CA 92868-3504
510577198    Health Trust Purchasing Group,   155 Franklin Rd Ste 400,   Brentwood, TN 37027-4693
510577199    HealthNet,   One Mill Crossing,   Shelton, CT 06484
510577200   +Henry Schein,   135 Duryea Road,   Melville, NY 11747-3834
510577203   +Hochberg, Addeo & Pollacco LLC,   1 Industrial Way W,   Eatontown, NJ 07724-2255
510577204   +Homeguard Alarm System,   157 Broad Street,   Red Bank, NJ 07701-2028
510577205   +Horizon Blue Cross,   PO Box 1738,   Newark, NJ 07101-1738
510577206   +Hunter Technologies,   38 Corbett Way,   Eatontown, NJ 07724-2263
510577208   +IMS Health Inc.,   PO Box 8500,   Philadelphia, PA 19178-8500
510577207   +Imported Cars Of Ocean,   909 Route 35 North,   Ocean, NJ 07712-4548
510577209    Innovative Purchasing Concepts,   95 Old Short Hills Rd,   West Orange, NJ 07052-1008
510577210    Innovatix ,LLC,   75 9th Avenue,   New York, NY 10016
510577211   +JPC/Armada Health Care,   1865 Broadway,   New York, NY 10023-7503
510577212   +Kilcommons Shanahan LLC,   1322 Route 31 N,   Annandale, NJ 08801-3127
510577213   +Lowenstein Sandler PC,   65 Livingston Ave,   Roseland, NJ 07068-1791
510577214    M&R MarketingLLC,   33 Stoney Creek Ln,   Colts Neck, NJ 07722-1657
510577221    MG Peters Inc,   20 Kenny Street,   Islandia, NY 11749
510577223   +MOVA InterAmerica,   Call Box 4908,   Caguas, PR 00726-4908
510577215   +Managed Healthcare Assoc,   25B Vreeland Road,   Florham Park, NJ 07932-1923
510577216    Maria Lanieri,   7 Riverside Lande,   Matawan, NJ 07747
510577217    Maria Lanzieri,   7 Riverside Ln,   Holmdel, NJ 07733-2084
510577218   +Marlin Leasing,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
510577219   +McCarter & English LLP,   Four Gateway Center,   Newark, NJ 07102-4096
510667578   +McKesson Corp,   Att: Jeffrey Garfinkle,   18400 Von Karman Ave,   Suite 800,
              Irvine, CA 92612-0514
510577220    Med Assets HSCA< Inc,   A/R Dept,   Cape Girardeau, MO 63701
510577222   +Microbac Laboratories Inc,   Souther Testing & Research Div,   Wilson, NC 27893
510577224    Novation,   75 Remittance Drive,   Chicago, IL 60601
510577226   +Oregon State Bd Of Pharmacy,   800 NE Oregon St,   Suite 150,   Portland, OR 97232-2142
510577227   +PACT,   8121 10th Avenue North,   Minneapolis, MN 55427-4401
510577228   +Paxton Advertising,   31 Wesley Court,   Eatontown, NJ 07724-1424
510577230   +Porter Capital Corp,   2112 First Avenue North,   Birmingham, AL 35203-4202
510577231   +Porzio Bromberg & Neuman,   100 Southgate Parkway,   Morristown, NJ 07960-6465
```

```
District/off: 0312-3          User: yhall                 Page 2 of 3            Date Rcvd: May 04, 2010
Case: 10-17888                Form ID: noa                Total Noticed: 114

510577232     Premier Purchasing Partners,   Los Angeles, CA  90001
510577234    +RMS,   P Obox 20543,   Lehigh Valley, PA 18002-0543
510577233    +Reed Smith LLP,   PO Box 10096,   Uniondale, NY 11555-0096
510577235    +Roadtex Trans Corp,   600 N Union Ave,   Hillside, NJ 07205-1031
510577236     Rodin Solutions Group,   321 N Main St,   Wadley, GA  30477-4940
510577237     Ronald Horowitz,Esq,   Tindall Professional Plaza,   14 Tindall Rd,   Middletown, NJ  07748-2722
510577243   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,   Diviision Of Medi Al Assistance &,
               Trenton, NJ  08695-0190)
510577238    +Salson Express,   888 Doremus Avenue,   Newark, NJ 07114-3026
510577239     Secretary Of State - North Dakota,   State Of North Dakota,   Bismarck, ND  58503
510577241     Spectrum Pharmaceuticals Inc,   157 Technology Dr,   Irvine, CA 92618-2402
510577242     Staples,   Staples Credit Plan,   Des Moines, IA  50307
510718136    +Sterling Commerce, Inc.,   4600 Lakehurst, CT,   Dublin, OH 43016-2248
510577244     Stickel Pkg Supply,   1991 Rutgers University Blvd,   Lakewood, NJ  08701-4538
510577245     The Hartford,   PO Box 2907,   Hartford, CT  06104-2907
510577246    +The Harvard D Rug Group LLC,   31778 Enterprise Drive,   Livonia, MI 48150-1960
510577247    +Travel Network,   120 Broadway,   New York, NY 10271-0332
510577248    +Treasurer-State Of New Jersey,   NJ Dept Of Treasury,   PO Box 270,   Trenton, NJ 08602-0270
510577249    +Truston Inc,   P O Box 1081,   Bellmawr, NJ 08099-5081
510577252     UPS Supply Chain Soloutions,   28013 Network Place,   Chicago, IL  60601
510577253     UPS/UPS SCS Atlanta,   PO Box 533238,   Atlanta, GA  30353-3238
510577250     Uline,   Accounts Receivable,   Waukegan, IL  60085
510577251     United Parcel Service,   PO Box 7247-0244,   Philadelphia, PA  19101
510577254    +Vectech Pharmaceutical Consultants,   21605 Orchard Lake Rd,   Farmington, MI 48336
510577255     Verizon Wireless,   PO Box 408,   Newark, NJ  07101-0408
510577256     WB Mason,   P O Box 554840,   Boston, MA  02113
510577257     Western Pest Services,   423 Shrewsbury Ave,   Shrewsbury, NJ  07702-4012
510577258    +WithumSmith-Brown,   5 Vaughn Dr,   Princeton, NJ 08540-6313
510577259    +Wockhardt USA, Inc.,   20 Waterview Blvd,   3rd,   Parsippany, NJ 07054-1271
510577260    +World Wide Express,   333 Cedar Ave,   Middlesex, NJ 08846-2400
510577261    +YRC,   PO Box 13573,   Newark, NJ 07188-3573
510577262     Zodiac Distributors,   PO Box 9450,   San Juan, PR  00908-0450
510577263     Zulfikar Masters,   36 Upper Brook Street,   Mayfair London W1K7QJ,   England,

The following entities were noticed by electronic transmission on May 04, 2010.
510577161      EDI: HNDA.COM May 04 2010 17:43:00     Acura Financial  Services,   P O Box 7829,
                Philadelphia, PA  19019
510577165      EDI: HNDA.COM May 04 2010 17:43:00     American Honda Finance,   PO Box 7829,
                Philadelphia, PA  19101-7829
510726790     +E-mail/Text: DGF.CREDITAPP@DHL.COM                           DHL Global Forwarding,   DHL Danzas,
                14076 Collections Ctr. Dr.,   Chicago, IL 60693-0001
510577229      E-mail/Text: bankruptcy@pb.com                              Pitney Bowes,   PO Box 856390,
                Louisville, KY  40285-6390
                                                                                                 TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jeffrey Garfinkle
cr           McKesson Corp.
510577192    Fresenius Kabi Austria Gmbh,   Produktonsplanung,   Graz,
510577225    Orchid Chemcials & Pharm Ltd,   Orchild Towers,   Chennai,
510577240    Sintetica S.A.,   Via Penate 5,   Medrisi,
                                                                                              TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: yhall            Page 3 of 3           Date Rcvd: May 04, 2010
Case: 10-17888                Form ID: noa           Total Noticed: 114
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2010**                              **Signature:**    _Joseph Speetjens_